[No. 43410-1-I.     Division One.     January 11, 1999.]

*In the Matter of the Personal Restraint of* ANDREW SCHNEIDER, *Appellant.*

Petition for relief from personal restraint. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 21376-1-II.     Division Two.     January 15, 1999.]

FE C. ENG, *Respondent*, v. JOSEPH E. NELSON, SR., ET AL., *Defendants*, PAXPORT MILLS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-2-02846-6, James D. Roper, J., entered November 20, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Hunt, J.

[No. 21990-5-II.     Division Two.     January 15, 1999.]

GEORGE E. WILSON, ET AL., *Appellants*, v. RICK OLSON, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 93-2-00173-7, Kenneth D. Williams, J., entered June 25, 1997. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Houghton and Hunt, JJ.